KARL J. KRAMER (CA SBN 136433)
KKramer@mofo.com
COLETTE R. VERKUIL (CA SBN 263630)
cverkuil@mofo.com
ADELA GOTZ (CA SBN 297841)
agotz@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Plaintiff
ALTERA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTERA CORPORATION,<br><br>                    Plaintiff,<br><br>       v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>                    Defendant. | Case No.   3:14-cv-4794 JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND CASE DEADLINES**<br><br>**DEMAND FOR JURY TRIAL** |

1  WHEREAS, the Initial Case Management Conference in this case is set for January 29, 2015 at 1:30 p.m.;

2  WHEREAS, Altera Corporation ("Altera") has requested that Papst Licensing GmbH & Co. KG ("Papst") waive service of summons in the action of *Altera Corporation v. Papst Licensing GmbH & Co. KG*, Case No. 3:14-cv-04794-JSC, in the United States District Court for the Northern District of California;

WHEREAS, Papst agrees to save the cost of service by not requiring that Altera serve Papst with judicial process in the manner provided by Federal Rule of Civil Procedure 4 and the Hague Convention on Service Abroad;

WHEREAS, by waiving service pursuant to Federal Rule of Civil Procedure 4, Papst does not waive any defenses or objections to the lawsuit or jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons; and

WHEREAS, pursuant to agreement by the parties, Papst shall have until February 6, 2015 to serve an answer or motion under Rule 12. Papst understands that a judgment may be entered against it if no answer or motion under Rule 12 is served by February 6, 2015.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Papst shall have until February 6, 2015 to serve an answer or motion under Rule 12.

2. Pending Court approval, the Case Management Conference should be rescheduled to March 5, 2015 at 1:30 p.m. or at such other time that the Court deems appropriate.

STIPULATION REGARDING SERVICE AND CASE DEADLINES
CASE NO. 3:14-CV-04794 JSC
pa-1668790

1

| | | |
|---|---|---|
| 1 | Dated: November 13, 2014 | KARL J. KRAMER |
| 2 | | COLETTE R. VERKUIL |
| | | ADELA GOTZ |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | By:  /s/ Colette R. Verkuil |
| 5 | | COLETTE R. VERKUIL |
| 6 | | Attorneys for Plaintiff |
| | | ALTERA CORPORATION |
| 7 | Dated: November 13, 2014 | JAY D. ELLWANGER |
| 8 | | DINOVO PRICE ELLWANGER & HARDY LLP |
| 9 | | By:  /s/ Jay D. Ellwanger |
| 10 | | JAY D. ELLWANGER |
| 11 | | Attorneys for Defendant |
| | | PAPST LICENSING GMBH & CO. KG |

STIPULATION REGARDING SERVICE AND CASE DEADLINES
CASE NO. 3:14-cv-04794 JSC
pa-1668790

2

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause shown, IT IS SO ORDERED:

The Case Management Conference currently scheduled for January 29, 2015, shall be continued to March 5, 2015 at 1:30 P.M.

Dated: _____

_____
The Honorable Jacqueline Scott Corley
United States District Magistrate Judge

**ATTESTATION**

I, Colette R. Verkuil, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND CASE DEADLINES.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Jay D. Ellwanger has concurred in this filing.

Dated:  November 13, 2014                     /s/ Colette R. Verkuil
                                              Colette R. Verkuil