UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALTERA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>Defendant. | Case No. 14-cv-04794-BLF<br><br>**ORDER DENYING PLAINTIFF'S STIPULATED MOTION TO RELATE CASES**<br><br>[Re: ECF 22] |

Plaintiff Altera Corporation moves to relate the above-captioned case with another case, *Xilinx, Inc. v. Papst Licensing GmbH & Co. KG*, 14-cv-4963-RS. All parties to both actions stipulate that the cases are related. *See* ECF 22-1 at 2.

The Court, however, DENIES Plaintiff's request to relate the cases because the undersigned would be forced to recuse herself in *Xilinx*.

**IT IS SO ORDERED.**

Dated: February 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge