UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALTERA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO.KG,<br><br>Defendant. | Case No. 14-cv-04794-BLF<br><br>**AMENDED**<br>**(1) ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION;**<br>**(2) ORDER GRANTING DEFENDANTS'S UNOPPOSED MOTION TO RELATE CASES;**<br>**(3) ORDER OF RECUSAL**<br><br>[Re: ECF 24] |
|---|---|

On February 13, 2015, the Court denied an unopposed motion to relate the above-captioned case with another case pending in this district, *Xilinx, Inc. v. Papst Licensing GmbH & Co. KG*, 14-cv-04963-RS ("*Xilinx*"). The Court denied relation because the undersigned would be forced to recuse herself in the *Xilinx* case. On February 17, 2015, Defendant filed a motion for leave to file a motion for reconsideration of the Court's denial of the motion to relate the cases. *See* ECF 24.

A district court has the "inherent power to reconsider, set aside, or amend interlocutory orders at any time prior to entry of a final judgment." *Meas v. City & Cnty. of San Francisco*, 681 F. Supp. 2d 1128, 1143 (N.D. Cal. 2010). Consistent with this inherent power, the Court HEREBY GRANTS Defendant's motion for reconsideration and ORDERS as follows.

### A. Defendant's Motion to Relate Cases

Defendant states that neither Altera nor Xilinx oppose the relief sought. *See* ECF 24-2 at 1. Both actions at issue involve the same patents, U.S. Patent Nos. 6,574,759 and 6,704,891. *See id.* at 2. Defendant has filed a motion to dismiss for lack of personal jurisdiction in both actions, and determination of both suits could require a court to construe both patents. Defendant argues that failure to relate the cases would cause "unduly burdensome duplication of labor and expense or

conflicting results." *Id.*

The Court agrees. Relation of these two cases is consistent with Civil Local Rule 3-12(a) and Patent Local Rule 2-1, and the interests of judicial economy and efficiency support relating the cases. As such, the Court GRANTS the motion to relate the cases.

**B.     Recusal**

As the undersigned stated in her prior Order, ECF 23, she must recuse herself from *Xilinx v. Papst Licensing*. Therefore, following the relation of these cases, the undersigned hereby RECUSES herself.

**C.     Order**

IT IS HEREBY ORDERED THAT:

1.     The above-captioned action, *Altera Corp. v. Papst Licensing*, is hereby deemed related to *Xilinx, Inc. v. Papst Licensing*, Case No. 14-cv-4963-RS, pursuant to Civil Local Rule 3-12.

2.     Due to the Court's conflict in *Xilinx*, the Clerk is requested to randomly reassign the cases pursuant to the provisions of paragraph D.2 of the Assignment Plan and Civil Local Rule 3-14.

3.     This Amended Order **supersedes and replaces** the prior Order at Docket Entry 25.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge