UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALTERA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG,<br><br>Defendant. | Case No. 14-CV-04794-LHK<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 69 |

On July 9, 2015, the Court granted Defendant Papst Licensing GmbH & Co. KG's ("Papst") motion to dismiss for lack of personal jurisdiction. ECF No. 57 ("July 9, 2015 dismissal order"). On August 7, 2015, Altera Corporation ("Altera") filed a notice of appeal to the United States Court of Appeals for the Federal Circuit. ECF No. 62.

On June 9, 2016, the Federal Circuit granted Altera's unopposed motion to vacate the July 9, 2015 dismissal order as moot in light of subsequent developments in parallel litigation between Papst and Altera. ECF No. 69 at 2 (Federal Circuit remand order and mandate). The Federal Circuit therefore vacated the July 9, 2015 dismissal order and remanded the instant case with

1

Case No. 14-CV-04794-LHK
ORDER DISMISSING CASE

instructions to dismiss the case as moot. *Id.* at 3.[1]

Accordingly, the instant case is DISMISSED AS MOOT. The clerk of court shall close the case file.

**IT IS SO ORDERED.**

Dated: June 10, 2016

_____
LUCY H. KOH
United States District Judge

---

[1] The July 9, 2015 dismissal order was entered in both in the instant case and in a related declaratory judgment action filed by Xilinx, Inc. against Papst. *See* Case No. 14-CV-04963, ECF No. 62. The combined order of dismissal was reported at *Xilinx, Inc. v. Papst Licensing GmbH & Co. KG*, 113 F. Supp. 3d 1027 (N.D. Cal. 2015). The Federal Circuit's remand order vacating the July 9, 2015 dismissal order as moot is limited to the instant case involving Altera, No. 14-CV-04794, and did not vacate the July 9, 2015 dismissal order as to Xilinx. *See* ECF No. 69 at 2. Xilinx's appeal of the July 9, 2015 dismissal order remains pending. *See* Appeal No. 15-1919.